<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-2112**

ERVIN MIDDLETON,

        Plaintiff - Appellant,

    v.

CARRINGTON MORTGAGE SERVICES, LLC, a Delaware Limited
Liability Company; ATLANTIC LAW GROUP, LLC, a Delaware Limited
Liability Company; DOES 1-100,

        Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  Leonie M. Brinkema, District
Judge.  (1:16-cv-01084-LMB-MSN)

Submitted:  January 17, 2017      Decided:  January 19, 2017

Before NIEMEYER, TRAXLER, and KING, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Ervin Middleton, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ervin Middleton appeals the district court's order dismissing his complaint under 28 U.S.C. § 1915(e)(2)(B) (2012). We have reviewed the record and find that this appeal is frivolous. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for the reasons stated by the district court. Middleton v. Carrington Mortg. Servs., LLC, No. 1:16-cv-01084-LMB-MSN (E.D. Va. Aug. 26, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED